**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7114**

UNITED STATES OF AMERICA,

　　　　　Plaintiff - Appellee,

　　v.

GIDEON R. BEATTY, IV, a/k/a Bert, a/k/a Kev,

　　　　　Defendant - Appellant.

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.　Irene M. Keeley,
District Judge. (1:07-cr-00066-IMK-JSK-5)

Submitted: June 1, 2010　　　　　　　　　Decided: June 4, 2010

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gideon R. Beatty, IV, Appellant Pro Se.　Zelda Elizabeth Wesley,
Assistant United States Attorney, Clarksburg, West Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gideon R. Beatty, IV, appeals the district court's order denying his motion for a reduction in sentence under 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Beatty, No. 1:07-cr-00066-IMK-JSK-5 (N.D.W. Va. May 19, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED